258 So.2d 89

**STATE of Louisiana ex rel.
Nolie CALTON**

**v.**

**C. Murray HENDERSON, Warden, Louisi-
ana State Penitentiary.**

**No. 52203.**

March 2, 1972.

In re: Nolie Calton applying for reme-
dial writs and habeas corpus.

Application denied; the showing made
does not warrant the exercise of our juris-
diction.

■

258 So.2d 89

**STATE of Louisiana**

**v.**

**O'Neal BASTION.**

**No. 52212.**

March 2, 1972.

In re: O'Neal Bastion, Jr. applying for
writs of certiorari or review, prohibition
and mandamus.

Writ denied. Boykin v. Alabama, 89 S.
Ct. 1709, 23 L.Ed.2d 274 is not retroactive,
and the evidentiary hearing shows the pres-
ent pre-Boykin plea of guilty to have been
voluntary.